```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 10920
    WILLIAM E MAST
    LORILYN R MAST                                  CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-7252     SSN XXX-XX-1908


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/19/07 .

   2.  The case was dismissed without confirmation, 10/26/2007.

   3.  The Debtor paid a total of $    2100.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00           .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE   NOT FILED            .00            .00
AMERICREDIT FINANCIAL     SECURED VEHIC          .00           .00        1627.24
DRIVE FINANCIAL SERVICES  SECURED VEHIC          .00           .00         402.96
ASSET ACCEPTANCE CORP     UNSECURED       NOT FILED            .00            .00
ASSOCIATES CAPITAL BANK~  UNSECURED       NOT FILED            .00            .00
DIVERSIFIED SRVS          UNSECURED       NOT FILED            .00            .00
H&R ACCOUNTS              UNSECURED       NOT FILED            .00            .00
KCA FINANCIAL SERVICES    UNSECURED       NOT FILED            .00            .00
KOHLS                     UNSECURED       NOT FILED            .00            .00
MEDICAL COLLECTION SYSTE  UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MGMT       UNSECURED       NOT FILED            .00            .00
NATIONAL RECOVERY AGENCY  UNSECURED       NOT FILED            .00            .00
NCO FINANCIAL             UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED            .00            .00
SHERMAN ACQUISITION       UNSECURED       NOT FILED            .00            .00
SHERMAN ACQUISITION       UNSECURED       NOT FILED            .00            .00
US BANK                   UNSECURED       NOT FILED            .00            .00
           Summary of disbursements:

                      SECURED      PRIORITY    UNSECURED    OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00         .00        .00          .00
PRINCIPAL PAID         2030.20          .00         .00        .00      2030.20
INTEREST PAID              .00          .00         .00        .00          .00
TOTAL PAID             2030.20          .00         .00        .00      2030.20
The Debtor's attorney, LEGAL HELPERS PC               , was allowed $   3000.00
and was paid $   1000.00  direct and $      .00  through the plan.

The Trustee received $      69.80 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/08                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE